# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. EDCV13-02199-VAP(DTBx)　　　　　Date January 15, 2014

Title: Veronica Becker v. Sacor Financial Inc, et al

Present: The Honorable VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Ann Duke | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　Attorneys Present for Defendants:

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☒ Case settled but may be reopened if settlement is not consummated within 60 days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer　　adu

CV-74 (10/08)　　　　　CIVIL MINUTES -REOPENING/CLOSING